■ RITA L. QUEENAN, Respondent, v. EDWARD J. FRISHWASSER et al., Appellants.—

708

Concur —
Stevens, P. J., McGivern, Markewich and Steuer, JJ. [61 Misc 2d 781.]